**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MESKEREM TESFAYE,              )    No. CV 11-108-CW
                               )
           Plaintiff,          )    JUDGMENT
                               )
      v.                       )
                               )
MICHAEL J. ASTRUE,             )
Commissioner, Social Security  )
Adminstration,                 )
                               )
           Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Order for Remand.

DATED: December 13, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge