1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Meskerem Bedane Tesfaye

7

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MESKEREM BEDANE TESFAYE,        ) Case No.: CV 11-0108 -CW
                                     )
12          Plaintiff,               ) ~~{PROPOSED}~~ ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13       vs.                         ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
                                     )
15          Defendant                )
                                     )
16  _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $4,350.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE:    February 13, 2012
22

23                         _____/s/_____
                           THE HONORABLE CARLA WOEHRLE
                           UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Denise Bourgeois Haley*
     _____
4    Denise Bourgeois Haley
     Attorney for plaintiff Meskerem Bedane Tesfaye
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26