1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Meskerem Bedane Tesfaye

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MESKEREM BEDANE TESFAYE,    )  Case No.: CV 11-0108 -CW
                               )
12         Plaintiff,          )  [PROPOSED] ORDER AWARDING
                               )  EQUAL ACCESS TO JUSTICE ACT
13      vs.                    )  ATTORNEY FEES AND EXPENSES
                               )  PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,          )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                             )
         Defendant             )
16                             )
   _____   )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $4,350.00 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:    February 13, 2012
22
                         _____/s/_____
23                       THE HONORABLE CARLA WOEHRLE
                         UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Denise Bourgeois Haley*
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Meskerem Bedane Tesfaye
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-